**Victor GLASCOE, Plaintiff–Appellant,**

v.

**H. SOWERS, Officer, Defendant– Appellee.**

**No. 13–7630.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2014.

Decided: May 6, 2014.

Victor Glascoe, Appellant Pro Se. Stephanie Judith Lane–Weber, John S. Nugent, Assistant Attorneys General, Nancy P. Tennis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Glascoe appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glascoe v. Sowers,* No. 1:11–cv–02228–ELH, 2013 WL 5330503 (D.Md. Sept. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*